# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141624
141629
TRENDA JONES, Successor Personal
Representative and Co-Personal
Representative, BOOKER T. JONES,
Co-Personal Representative, and
MARGARET A. JONES, Co-Personal
Representative, of the Estate of JAMAR
CORTEZ JONES,
        Plaintiffs-Appellees,

v

DETROIT MEDICAL CENTER and
SINAI-GRACE HOSPITAL,
        Defendants-Appellants,
and

DANNY F. WATSON, M.D., and
WILLIAM M. LEUCHTER, P.C.,
        Defendants-Appellees.

SC: 141624
COA: 288710
Wayne CC: 03-327528-NH

_____/
TRENDA JONES, Successor Personal
Representative and Co-Personal
Representative, BOOKER T. JONES,
Co-Personal Representative, and
MARGARET A. JONES, Co-Personal
Representative, of the Estate of JAMAR
CORTEZ JONES,
        Plaintiffs-Appellees,

v

DETROIT MEDICAL CENTER and
SINAI-GRACE HOSPITAL,
        Defendants-Appellees,
and

DANNY F. WATSON, M.D., and
WILLIAM M. LEUCHTER, P.C.,
        Defendants-Appellants.

SC: 141629
COA: 288710
Wayne CC: 03-327528-NH

_____/

2

On order of the Court, the applications for leave to appeal the May 20, 2010 judgment of the Court of Appeals are considered, and they are GRANTED. The parties shall include among the issues to be briefed: (1) whether the probability of injury is a proper consideration in determining proximate causation, and (2) whether partial summary disposition may be granted to the plaintiff with regard to proximate causation where the negligence of the defendant has not been established.

The Michigan Association for Justice and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk

d0201